STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

RUBEN MALDONADO RAMIREZ

Case No. 10-07163-SEK

Chapter 13   Attorney Name: JOSE PRIETO CARBALLO ESQ*

### I. Appearances

Debtor [ ] Present [✓] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: September 22, 2010
Time: 2:28 pm  Track: 26
[✓] This is debtor(s) ___ Bankruptcy filing.
Liquidation Value: N/A
Creditors

### II. Oath Administered
[ ] Yes   [✓] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns_____ [ ] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [ ] Closed   [✓] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
  [ ] State - years _____
  [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete   [ ] Missing
  [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing   [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
RUBEN MALDONADO RAMIREZ

Case No. 10-07163-SEK

Chapter 13   Attorney Name: JOSE PRIETO CARBALLO ESQ*

VI. Plan (Cont.)
Date: August, 7, 2010   Base $ 9,000.00   [X] Filed   Evidence of Pmt shown: 0
Payments 0 made out of 1 due.   [ ] Not Filed

VII. Confirmation Hearing Date: October, 15, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 326.00 = $ 2,674.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
　[ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
　[ ] Monthly reports for the months _____

[ ] Public Liability Insurance
　[ ] Premises _____
　[ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[✓] M.T.D. to be filed by Trustee: Debtor(s): [✓] failed to appear; [✓] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

_____
Trustee/Presiding Officer

Date: September 22, 2010
(Rev.)